## KELLEY *v.* KELLEY.

ATKINSON, J. 1. Mere general averments in a motion for new trial, that the court erred in admitting evidence, and that the charge of the court was erroneous, are not sufficiently definite to be the basis of valid assignments of error.

2. The evidence was sufficient to support the verdict, and there was no error in refusing a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

DECEMBER 18, 1914.

Petition to annul marriage. Before Judge Ellis. Fulton superior court. December 19, 1913.

*T. B. Higdon,* for plaintiff.    *F. L. Haralson,* for defendant.